Case 1:06-cv-04406-JGK   Document 20   Filed 09/12/07   Page 1 of 1
SEP-05-2007 17:56 From:                             To:16314621496    P.1/2
Case 1:06-cv-04406-JGK   Document 19   Filed 09/07/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Elias Ballesteros,

                Plaintiff

      -v-

                                                CASE #: 06-CV 4406
                                                (Koetl, J)

Ben's Market, Ben's Meat-O-Mat, Inc, &
James Napolitano,

                Defendants
--------------------------------------------------------------x

### STIPULATION DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be dismissed with prejudice and without costs to the Plaintiff.

| | |
|---|---|
| Dated:   New York, New York<br>              September 5, 2007 | Dated:   Commack, New York<br>              September 5, 2005 |
| _/s/ Michael Faillace_<br>Michael Faillace, Esq. (MF-   )<br>Michael Faillace & Associates, P.C<br>Attorneys for Plaintiff<br>Office and P. O. Address<br>110 East 59th Street, 32nd Floor<br>New York, NY 10022<br>(212) 317-1200 | _/s/ Suzanne Harmon Ziskin_<br>Suzanne Harmon Ziskin (SHZ-5130)<br>The Ziskin Law Firm, LLP<br>Attorneys for Defendant<br>Office and P. O. Address<br>6268 Jericho Turnpike, Suite 12A<br>Commack, NY 11725<br>(631) 462-1417 |

**SO ORDERED**
_/s/ Ronald L. Ellis_ 9-12-07
MAGISTRATE JUDGE RONALD L. ELLIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07